**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____ (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Mowbray Waterman Property, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 2 4 2 6 2 2 9 |
| 4. | **Debtor's address** | **Principal place of business** <br> 686 E. Mill St. <br> Number    Street <br><br> San Bernardino    CA    92408 <br> City    State    ZIP Code <br><br> San Bernardino <br> County <br><br> **Mailing address, if different from principal place of business** <br> Number    Street <br> P.O. Box <br> San Bernardino <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> See Exhibit "A" <br> Number    Street <br><br> City    State    ZIP Code |
| 5. | **Debtor's website (URL)** | N/A |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Mowbray Waterman Property, LLC**                Case number *(if known)*_____
         <sub>Name</sub>

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5   3   1   1

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
|---|---|---|
|    | If more than 2 cases, attach a separate list. | ☐ Yes.  District _____  When _____  Case number _____ |
|    |   |                                       MM / DD / YYYY |
|    |   |          District _____  When _____  Case number _____ |
|    |   |                                       MM / DD / YYYY |

Debtor  **Mowbray Waterman Property, LLC**    Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No ☑ Yes. |

| | | | | |
|---|---|---|---|---|
| | Debtor | The Original Mowbray's Tree Service | Relationship | Affiliate/Co Guarantor |
| | District | Central District of California | When | 10/18/2024 |
| | | | | MM / DD / YYYY |
| | Case number, if known | 8:24-bk-12674 | | (**Continued on Exhibit A**) |

List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street

_____

_____  _____  _____
City                                     State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name       _____
       Phone              _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor  Mowbray Waterman Property, LLC    Case number (if known) _____
        Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/19/2025
MM / DD / YYYY

X /s/ Robin Mowbray
Signature of authorized representative of debtor

Printed name: Robin Mowbray

Title: Managing Member

**18. Signature of attorney**

X /s/ Lauren Gans
Signature of attorney for debtor

Date: 2/19/2025
MM / DD / YYYY

Printed name: Lauren Gans
Firm name: Elkins Kalt Weintraub Reuben Gartside LLP
Number Street: 10345 W. Olympic Boulevard
City: Los Angeles    State: CA    ZIP Code: 90064
Contact phone: 310-746-4484    Email address: LGans@elkinskalt.com
Bar number: 247542    State: CA

# EXHIBIT A

# 4.

## Land & Buildings

| Parcel # | Parcel - no dash | Owned By | Address | COUNTY | Details | Document Number Reference |
|---|---|---|---|---|---|---|
| 0136-301-17-0-000 | 0136301170000 | MOWBRAY WATERMAN PROPERTY LLC | 171 S Waterman Ave. San Bernardino, CA 92048 - SAN FELIPE 1 | SAN BERNARDINO | LOT 21 BLK 45 BOOK 7 OF MAPS, PAGE 2 | 20210284743 |
| 0136-311-33-0-000 | 0136311330000 | MOWBRAY WATERMAN PROPERTY LLC | 171 S Waterman Ave. San Bernardino, CA 92048 - SAN FELIPE 3 | SAN BERNARDINO | LOT 21 BLK 45 BOOK 7 OF MAPS, PAGE 2 | 20170543270 |
| 0136-301-01-0-000 | 0136301010000 | MOWBRAY WATERMAN PROPERTY LLC | 171 S Waterman Ave. San Bernardino, CA 92048 - WATERMAN 4 | SAN BERNARDINO | LOT 21 BLK 45 BOOK 7 OF MAPS, PAGE 2 | 20170363181 |
| 110-040-020-000 | 110040020000 | MOWBRAY WATERMAN PROPERTY LLC | 17332 MILLWOOD DR. VISALIA, CA | TULAIR | | |
| 0136-251-28-0-000 | 0136251280000 | MOWBRAY WATERMAN PROPERTY LLC | 386 S. Allen Street, San Bernardino, CA 92408 | SAN BERNARDINO | | 20220154010 |
| 0136-251-29-0-000 | 0136251290000 | MOWBRAY WATERMAN PROPERTY LLC | 386 S. Allen Street, San Bernardino, CA 92408 | SAN BERNARDINO | | 20220154010 |
| 0136-251-30-0-000 | 0136251300000 | MOWBRAY WATERMAN PROPERTY LLC | 386 S. Allen Street, San Bernardino, CA 92408 | SAN BERNARDINO | | 20220154010 |
| 0136-251-31-0-000 | 0136251310000 | MOWBRAY WATERMAN PROPERTY LLC | 386 S. Allen Street, San Bernardino, CA 92408 | SAN BERNARDINO | | 20220154010 |
| 0136-251-40-0-000 | 0136251400000 | MOWBRAY WATERMAN PROPERTY LLC | 386 S. Allen Street, San Bernardino, CA 92408 | SAN BERNARDINO | | 20220154010 |
| 0136-391-21-0-000 | 0136391210000 | MOWBRAY WATERMAN PROPERTY LLC | 686 E Mill St. San Bernardino, CA 92408 | SAN BERNARDINO | EAST 3/4THS OF LOT5, BLK45 | 20200228183, 20200228184 |
| 066-0010-032-0000 | 06600100320000 | MOWBRAY WATERMAN PROPERTY LLC | 9546 ELDER CREEK RD. SACRAMENTO, CA 95829 | SACRAMENTO | | |

# 10.

**Debtor: Robin Mowbray**               **Relationship: Affiliate /Co Guarantor**

**District: Central District of California**     **When: Filed Concurrently herewith**

# WRITTEN CONSENT OF THE MANAGING MEMBER OF
# MOWBRAY WATERMAN PROPERTY, LLC
### a California limited liability company

## February 18, 2025

The undersigned Managing Member of Mowbray Waterman Property, LLC, a California limited liability company (the "Company"), acting by the authority granted to her by the Company's Operating Agreement, as amended, hereby consent to the adoption of the following resolutions.

**WHEREAS**, the Managing Member has evaluated various alternatives to maximize the value of the Company's assets for the benefit of all creditors and the members of the Company.

**WHEREAS**, the Managing Member has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members, and other interested parties that a voluntary petition (the "Bankruptcy Case") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code.

**NOW, THEREFORE, BE IT RESOLVED,** that the Managing Member shall be and hereby is authorized, empowered, and directed, in the name of and on behalf of the Company, to execute and deliver the voluntary petition necessary for the commencement of the Bankruptcy Case, as well as the schedules, statements, and other forms required to be filed with the voluntary petition in the Bankruptcy Case.

**RESOLVED FURTHER** that the law firm Elkins Kalt Weintraub Reuben Gartside LLP shall be employed as general bankruptcy counsel for the Company to represent it in all facets of the Bankruptcy Case.

**RESOLVED FURTHER** that the Managing Member shall be, and hereby is, authorized and empowered to retain, on behalf of the Company, such additional professionals or independent contractors, including attorneys, accountants, financial advisors, investment bankers, brokers, or consultants, as may be necessary in connection with the Bankruptcy Case and other related matters.

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by the Managing Member in commencing the Bankruptcy Case, be and hereby are, adopted, ratified, and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that this consent may be executed in one or more counterparts, and each counterpart shall be deemed an original together constituting one instrument.

/ / /
/ / /
/ / /

5576930

IN WITNESS WHEREOF, the undersigned, being the Managing Members of the Company, have executed this document on and as of the date first set forth above.

Mowbray Waterman Property, LLC
a California limited liability company

By: _____
Its:    Managing Member

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ROYE ZUR, State Bar No. 273875<br>   rzur@elkinskalt.com<br>LAUREN N. GANS State Bar No.247542<br>   lgans@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __02/19/2025__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __2/19/2025__

_Lauren Gans_
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

Ronnie D. Jordan
c/o Cantazarite Law Corp.
2331 West Lincoln Avenue
Anaheim, CA 92801


PNC Bank
Commercial Lending Operations
PO Box 747046
Pittsburg, PA 15274-7046


PNC Bank
PNC Bank Commercial Asset Team
201 E Pine Street Suite 100
Orlando, FL 32801


PNC Bank
901 Via Piemonte
Ontario, CA 91764


Bank of the Sierra
Elliott Miller
PO Box 1930
Portervilla, CA 93258


Bank of the Sierra
26328 Citrus St
Valencia, CA 91355


Franchise Tax Board Bankruptcy
MS A340 PO Box 2952
Sacramento, CA  95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


San Bernardino County Tax Collector
268 W Hospitality Lane First Floor
San Bernardino, CA  92415-0360


Sacramento County Tax
PO Box 508 S
Scramento, CA  95812-0508


Banderas Plumbing
26294 23rd St
Highland, CA 92346


Bank of the Sierra
PO Box 1930
Porterville, CA 93258


California Fair Plan Property Ins
3440 Flair Drive
El Monte, CA 91731


Daart Engineering
4100 Garner Rd
Riverside, CA 92502


Elkins Kalt LLP
10345 W Olympic Blvd
Los Angeles, CA 90064

Fullerton Leemann Schaefer Dominick
PO Box 1271
San Bernardino, CA 92402


Hanover Insurance Group
2 Macarthur Pl 200
Santa Ana, CA 92707


On Call Terminte Pest Control
PO Box 7667
Redlands, CA 92375


Pennington LLP
One Sansome Street Suite 3500
San Francisco, CA 94104


Peters Jepson Partnership Inc
24465 Via Arriba Linda
Yorba Linda, CA 92887


Phoenix Traffic Management Inc
686 E Mill Street Second Floor
San Bernardino, CA 92408


Pino Tree Service Inc
686 E Mill Street Second Floor
San Bernardino, CA 92408


Robin Mowbray
960 Sunset Hill Ln
Redlands, CA 92373

SB Business Registration
PO Box 1318
San Bernardino, CA  92402-1318


Soren McAdam
2068 Orange Tree Ln Suite 100
Redlands, CA 92374


The Original Mowbrays Tree Service
686 E Mill St Second Floor
San Bernardino, CA 92408


The Original Mowbrays Tree Service Inc
CRO Force Ten Partners LLC
271 California Ave Suite 270
Irvine, CA 92617


Torres Glass & Window
738 S. Waterman Av B28
San Bernardino, CA 92408


Van Beurden Insurance Service Inc
PO Box 67
Kingsburg, CA 93631


Wells Fargo Mortgage
PO Box 14411
Des Moines, IA 50306-3411


County of San Bernardino
Real Estate Services Department
385 N. Arrowhead Avenue Third Floor
San Bernardino, CA 92415

Acrisure SouthWest Region
27174 Newport Rd Suite 3
Menifee, CA 92584

Gloria Mowbray Sep. Prp Trust
c/o Robin Mowbray
960 Sunset Hill Lane
Redlands, CA 92372