*In re Mobray Waterman Property LLC*                                     Case  8:25-bk-10542-TA

                                                                        Chapter 11

### United States Bankruptcy Court
### Central District of California, Santa Ana Division

### DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
### LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

## I.    INTRODUCTION

Mobray Waterman Property LLC, as debtor and debtor in possession in the above captioned chapter 11 case (the "Debtor"), has filed its Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA," and collectively with the "Schedules," the "Schedules and SOFA") in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

The Schedules and SOFA were prepared by the Debtor, with the assistance of its proposed general bankruptcy counsel, Elkins Kalt Weintraub Reuben Gartside LLP ("EK"). In preparing the Schedules and SOFA, EK has necessarily relied upon the statements and representations of the Debtor. In reviewing and signing the Schedules and SOFA, the Debtor has necessarily relied upon the efforts, statements and representations of EK.

The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment and may be appropriate. The Schedules and SOFA reflect the Debtor's reasonably best effort to report its assets, liabilities, and pre-petition transactions reflected in the SOFA. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from its books and records and other sources of information that were available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in changes to the Schedules and SOFA. As a result, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and SOFA as may be necessary and appropriate.

Nothing contained in the Schedules and SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Bankruptcy Case, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

This Disclaimer is incorporated by reference in, and constitutes an integral part of the Schedules and SOFA. This Disclaimer should be referred to and reviewed in connection with any review of the Schedules and SOFA.

## II.    GENERAL DISCLAIMERS

**Recharacterization.** Notwithstanding that the Debtor has made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items. As such, the

Debtor reserves all rights to re characterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as is necessary and appropriate.

**Liabilities.** The Debtor allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted by the Debtor and its advisors, the allocation of liabilities between the pre-petition and postpetition periods may change. The Debtor reserves all rights to modify, amend and supplement the Schedules and SOFA as is necessary and appropriate.

**Basis of Presentation**. The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by or for the Debtor. Unless otherwise stated in the Schedules or herein, asset value information in the Schedules reflects the Debtor's best estimate of such asset values as of February 18, 2025 (the "Petition Date") based on information in the Debtor's books and records or other available information. No independent valuation has been obtained or performed for purposes of preparing the Schedules. Moreover, due to, among other things, the current unknown value of certain assets, the nature of certain assets and liabilities, and the impact of future events, the Schedules do not constitute a conclusion by the Debtor that it was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

**Estimates**. The Debtor must make certain estimates and assumptions that affect the reported value of assets and amounts of liabilities. The Debtor reserves all rights to amend the reported value or amounts of assets and liabilities to reflect changes in those estimates and assumptions.

**Insiders**. In the circumstance where the Schedules and SOFA require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code. Persons identified as "insiders" have been included for information purposes only. The Debtor does not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Causes of Action**. The Debtor has done its best to identify causes of action (filed or potential) that it may have against third parties but has not discovered any. To the extent that the Debtor obtains additional information that necessitates listing additional potential causes of action, the Debtor will amend the Schedules as appropriate.

**General Disclaimers.** Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or ''unliquidated'' does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or ''unliquidated.'' The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or ''unliquidated.'' The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

## III.    SPECIFIC SCHEDULES DISCLOSURES

(a)    **Schedule A/B.** The Debtor has scheduled amounts for assets that it owns. Unless otherwise noted, all of the amounts listed on Schedule A/B represent the estimated fair market value

of the Debtor's assets, though the actual value of such assets may differ significantly from the amounts reflected in the Debtor's books and records.

(b)    Schedule D – Creditors Who Have Claims Secured by Property. The Debtor reserves its rights to dispute or challenge the validity, or perfection of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D or to seek to avoid any such lien. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

(c)    Schedule E/F.  The claims listed in Schedule E/F arose or were incurred on various dates.  A determination of each date upon which each claim in Schedule E/F was incurred or arose may be costly and unduly burdensome.  Accordingly, no incurrence date is shown where the cost or burden would be significant.  The claims listed on Schedule E/F are subject to further review, reconciliation and amendment by the Debtor. Schedule E/F does not include rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

**\*\*SCHEDULES AND SOFA BEGIN ON THE FOLLOWING PAGE\*\***

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Mowbray Waterman Property, LLC.

United States Bankruptcy Court for the:  Central _____ District of  California
                                                                                          (State)

Case number (if known):  8:25-bk-10542-TA

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

       *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/05/2025        ✗ _____
                  MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                       Robin E Mowbray
                                       Printed name

                                       Manager _____
                                       Position or relationship to debtor

# United States Bankruptcy Court
## Central District of California

In re   **Mobray Waterman Property, LLC**_____  Case No. 8:25-bk-10542-TA  Chapter  11
_____

                                Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robin E. Mowbray**<br>**868 E Mill Street 2nd Floor**<br>**San Bernardino, CA 92408** | | | **51%** |
| **Gloria Mowbray Separate Prop Trust**<br>**960 Sunset Hill Ln.**<br>**Redlands, CA 92373** | | | **49%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Ruben Sainos, the Chief Financial Officer of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 4, 2025**_____     Signature _____

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

---

**Fill in this information to identify the case:**

Debtor name __Mobray Waterman Property, LLC__

United States Bankruptcy Court for the: __Central__ District of __California__
                                                                      (State)

Case number (If known): __8:25-bk-10542-TA__

---

☐ Check if this is an
   amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ......................................................

   $ __9,686,350.00__

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................

   $ __147,639.15__

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................

   $ __9,833,989.15__

---

### Part 2:    Summary of Liabilities

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................

   $ __9,672,087.24__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................

   $_____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................................

   + $ 3,865,251.48

4. **Total liabilities**....................................................................................................................
   Lines 2 + 3a + 3b

   $ 13,537,338.72

---

**Fill in this information to identify the case:**

Debtor name ___Mowbray Waterman Property LLC___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (If known): ___8:25-bk-10542-TA___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Banner Bank | Checking | 3 3 4 4 | $ 0 |
| 3.2. | PNC Bank | Checking | 2 0 3 5 | $ 44,421.65 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | _____ | | $ _____ |
| 4.2. | _____ | | $ _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$ 44,421.65**

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $ _____ |
| 7.2. | _____ | $ _____ |

Debtor    Mowbray Waterman Property LLC    Case number (if known)    8:25-bk-10542-TA

Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Elkins Kalt Weintraub Reuben Gartside LLP _____ $ 91,339.00

8.2. Hanover Insurance Group (prepaid property insurance) _____ $ 3,878.50

8.3. ROBIN MOWBRY   (Management Agreement)                                          8,000.00

9. **Total of Part 2.**    $ 103,217.50

Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:    $0 _____ – ____ N/A ____ = ........ ➜    $ 0.00

face amount                          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........ ➜    $ _____

face amount                          doubtful or uncollectible accounts

12. **Total of Part 3**    $ 0.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |
| 15.1. | ___% | $ |
| 15.2. | ___% | $ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4**    $ 0

Add lines 14 through 16. Copy the total to line 83.

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 2

Debtor    Mowbray Waterman Property LLC
_____
Name

Case number (if known)    8:25-bk-10542-TA
_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$    0

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Mowbray Waterman Property LLC    Case Number (if known)    8:25-bk-10542-TA
          Name

33. **Total of Part 6.** | | $        0
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☑ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.** | | $        0
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Mowbray Waterman Properties LLC    Case number *(if known)*    8:25-bk-10542-TA
_____    _____    _____    _____
    Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ **No.** Go to Part 9.

☐ **Yes.** Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$    0    _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Mowbray Waterman Property
Name

Case number (if known)    8:25-bk-10542-TA

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 - 686 E. MILL ST SAN BERNARDINO CA | Owned/ Income generating | $ 4,600,000.00 | | $ 4,600,000.00 |
| 55.2 - 386 ALLEN ST SAN BERNARDINO CA | Owned/ Income generating | $ 2,165,000.00 | | $ 2,165,000.00 |
| 55.3 - 9546 ELDER CREEK SACRAMENTO CA | Owned/ Income generating | $ 2,200,000.00 | | $ 2,200,000.00 |
| 55.4 - 17332 MILLWOOD DR VISALIA CA | Owned/ Income generating | $ 375,000.00 | | $ 375,000.00 |
| 55.5 - 171 S WATERMAN SAN BERNARDINO CA | Owned/ Income generating | $ 346,350.00 | | $ 346,350.00 |
| 55.6 | (See property leases listed on Schedule G) | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 9,686,350.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0

---

Debtor  Mowbray Waterman Property, LLC
Name

Case number *(if known)*  8:25-bk-10542-TA

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   - ☒ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☒ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____  _____  −  _____  = ➜  $_____
                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____  Tax year _____  $_____
   _____  Tax year _____  $_____
   _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**
   _____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____  $_____
   Nature of claim    _____
   Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____  $_____
   Nature of claim    _____
   Amount requested   $_____

76. **Trusts, equitable or future interests in property**
   _____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____  $_____
   _____  $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.
   | $ | 0 |
   |---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor    Mowbray Waterman Properties, LLC    Case number (if known)    8:25-bk-10542-TA
                Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 44,421.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 103,217.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 9,686,350.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 147,639.15 + 91b. | $ 9,686,350.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................  $ 9,833,989.15

---

**Fill in this information to identify the case:**

Debtor name    Mowbray Waterman Property, LLC

United States Bankruptcy Court for the:    Central    District of California
                                                            (State)

Case number (If known):    8:25-bk-10542-TA

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Bank of the Sierra (Santa Clarita) | 686 East Mill Street, San Bernardino, CA 92415 | $ 2,633,573.24 | $ Unknown |

**Creditor's mailing address**
P.O. Box 1930
Portervilla, CA 93258

**Describe the lien**

**Creditor's email address, if known**
emiller@bankofthesierra.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 07-01-20

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** 2 0 0 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| PNC Bank | APN 066-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 (9545 Elder Creek Rd. Sacramento, CA 95829), and 0136-2521(28,29,30,31,40)-0-00 (386 S. Allen Street, San Bernardino, CA 92408). | 7,038,514.00 | $ 4,365,000 |

**Creditor's mailing address**
201 E. Pine St., Suite 100
Orlando, FL 32801

**Describe the lien**
Forbearance on loan to MTS, Inc.

**Creditor's email address, if known**
407.245.3267

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 07-09-2024

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 9,672,087.24

Debtor    <u>Mowbray Waterman Property, LLC</u>       Case number *(if known)*   <u>8:25-bk-10542-TA</u>
       Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bank of the Sierra, c/a Giannetta & Enrico, 7522 N. Colonial Avem, Suite 100, Fresno, CA 93711 | Line 2. 1 | 2 0 0 1 |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mowbray Waterman Property, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 8:25-bk-10542-TA |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | $ 0 |
| | **Franchise Tax Board Bankruptcy Section MS A-340 P.O. Box 2952 Sacramento, CA 95812-2952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | $ 0 |
| | **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Debtor    Mowbray    Waterman    Property, LLC    Case number (if known)    8:25-bk-10542-TA
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | $ 0 |

**Sacramento County Tax**
**P.O. Box 508 S**
**Sacramento, CA 95812-0508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | $ 0 |

**San Bernardino County Tax**
**Collector**
**268 W Hospitality Lane**
**1st Floor**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $  0.00 |

**Acrisure SouthWest Region**
**27174 Newport Rd. Ste 3**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred—**
**Last 4 digits of account number—**

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Banderas Plumbing**
**26294 23rd St**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred —**
**Last 4 digits of account number —**

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bank of the Sierra**
**P.O Box 1930**
**Porterville, CA 93258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred —**
**Last 4 digits of account number —**

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mowbray Waterman Property, LLC** | | Case number *(if known)* | 8:25-bk-10542-TA |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | Nonpriority creditor's name and mailing address
**California Fair Plan Property Insurance**
3440 Flair Drive
El Monte, CA 91731

Date(s) debt was incurred —
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.5** | Nonpriority creditor's name and mailing address
**County of San Bernardino**
385 N. Arrowhead Avenue, 3rd Floor
San Bernardino, CA 92415

Date(s) debt was incurred —
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6** | Nonpriority creditor's name and mailing address
**Daart Engineering**
4100 Garner Rd
Riverside, CA 92502

Date(s) debt was incurred —
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7** | Nonpriority creditor's name and mailing address
**Elkins, Kalt, Weintraub, Reuben, & Gartside LLP**
10345 W Olympic Blvd
Los Angeles, CA 90064

Date(s) debt was incurred —
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.8** | Nonpriority creditor's name and mailing address
**Fullerton, Leemann, Schaefer & Dominick**
P.O. Box 1271 San Bernardino, CA 92402

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$242.50

---

**3.9** | Nonpriority creditor's name and mailing address
**Hanover Insurance Group**
2 Macarthur Pl #200, Santa Ana, CA
92707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.10** | Nonpriority creditor's name and mailing address
**On Call Termite & Pest Control**
P.O. Box 7667, Redlands, CA 92375

Date(s) debt was incurred —
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Mowbray Waterman Property, LLC** | Case number (if known) | **8:25-bk-10542-TA** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pennington LLP**
**One Sansome Street Suite 3500**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number —

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peters, Jepson Partnership, Inc.**
**24465 Via Arriba Linda, Yorba Linda**
**CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phoenix Traffic Management Inc.**
**686 E Mill St. Second Floor**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number —

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|

**Pino Tree Service Inc.**
**686 E Mill St. Second Floor**
**San Bernardino, CA 92408**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number —

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robin Mowbray**
**960 Sunset Hill Ln.**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number —

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronnie D. Jordan,**
**2331 West Lincoln Avenue**
**Anaheim, CA 92801**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred —

Basis for the claim: **Lawsuit/Wrongful Termination/**

Last 4 digits of account number —   CVISB2201281

the claim subject to offset?   No ■ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SB Business Registration**
**P.O. Box 1318**
**San Bernardino, CA 92402-1318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mowbray Waterman Property, LLC** | Case number (if known) | 8:25-bk-10542-TA |
|---|---|---|---|
| | Name | | |

---

**3.18** Nonpriority creditor's name and mailing address

**Soren McAdam**
**2068 Orange Tree Ln. Suite 100**
**Redlands, CA 92374**

Date(s) debt was incurred ⌐
Last 4 digits of account number ⌐

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**The Original Mowbray's Tree Service**
**686 E Mill St. Second Floor**
**San Bernardino, CA 92408**

Date(s) debt was incurred ⌐
Last 4 digits of account number ⌐

As of the petition filing date, the claim is: *Check all that apply.*  **$ 3,865,008.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan From MTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Torres Glass & Window**
**738 S. Waterman Av. #B28**
**San Bernardino, CA 92408**

Date(s) debt was incurred ⌐
Last 4 digits of account number ⌐

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**Van Beurden Ins. Serv, Inc.**
**P.O. Box 67, CA 93631**
**Kingsburg, CA 93631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Wells Fargo Mortgage**
**P.O. Box 14411**
**Des Moines, IA 50306-3411**

Date(s) debt was incurred ⌐
Last 4 digits of account number ⌐

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Mowbray Waterman Property, LLC
Name

Case number (if known)    8:25-bk-10542-TA

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 3,865,251.48 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,865,251.48 |

**Fill in this information to identify the case:**

Debtor name  Mowbray Waterman Property, LLC

United States Bankruptcy Court for the:  Central   District of  California
                                                              (State)

Case number (If known):  8:25-bk-10542-TA   Chapter  11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 17332 Millwood Dr with Mowbray's Tree Srv (as Tenant) | The Original Mowbray's Tree Service<br>686 E Mill St. Second Floor<br>San Bernardino CA 92408 |
| | State the term remaining | December 2025 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 686 E. Mill Dr with Mowbray's Tree Srv (as Tenant) | The Original Mowbray's Tree Service<br>686 E Mill St. Second Floor<br>San Bernardino CA 92408 |
| | State the term remaining | December 2025 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Waterman Yard Rental with Mowbray's Tree Srv | The Original Mowbray's Tree Service<br>686 E Mill St. Second Floor<br>San Bernardino CA 92408 |
| | State the term remaining | December 2025 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 686 E. Mill Dr with Pino Tree Service Inc. | Pino Tree Service Inc.<br>686 E Mill St. Second Floor<br>San Bernardino CA 92408 |
| | State the term remaining | December 2025 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Waterman Yard Rental with Pino Tree Service Inc. | Pino Tree Service Inc.<br>686 E Mill St. Second Floor<br>San Bernardino CA 92408 |
| | State the term remaining | December 2025 | |
| | List the contract number of any government contract | | |

| Debtor | Mowbray Waterman Property, LLC | Case number (if known) | 8:25-bk-10542-TA |
|---|---|---|---|
| | Name | | |

### ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest

Lease for 686 E. Mill Dr with Phoenix Traffic Management Inc.

State the term remaining

December 2025

List the contract number of any government contract

Phoenix Traffic Management Inc.
686 E Mill St. Second Floor
San Bernardino CA 92408

---

**2.7**
State what the contract or lease is for and the nature of the debtor's interest

Lease for Waterman Yard Rental with Phoenix Traffic Manage

State the term remaining

December 2025

List the contract number of any government contract

Phoenix Traffic Management Inc.
686 E Mill St. Second Floor
San Bernardino CA 92408

---

**2.8**
State what the contract or lease is for and the nature of the debtor's interest

Lease for 686 E. Mill Dr, Ste 100 w/ County of San Bernardino

State the term remaining

Holdover Lease

List the contract number of any government contract

County of San Bernardino, Attn: Real Estate Services Department
385 N. Arrowhead Avenue, Third Floor,
San Bernardino, CA 92415

---

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**Fill in this information to identify the case:**

Debtor name ___Waterman Mowbray Property, LLC___

United States Bankruptcy Court for the:___ ___Central___ District of ___California___
                                                                        (State)

Case number (If known): ___8:25-bk-10542-TA___

---

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Robin Mowbray | 960 Sunset Hill Ln.<br>Street<br><br>Redlands          CA          92373<br>City          State          ZIP Code | Bank of the Sierra | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Org. Mbry Tree Srv | 686 E Mill St. Second Floor<br>Street<br><br>San Bernardino     CA          92408<br>City          State          ZIP Code | Bank of the Sierra | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Robin Mowbray | 960 Sunset Hill Ln<br>Street<br><br>Redlands          CA          92373<br>City          State          ZIP Code | PNC Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Org. Mbry Tree Srv | 86 E Mill St. Second Floor<br>Street<br><br>San Bernardino     CA          92408<br>City          State          ZIP Code | PNC Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name __Mowbray Waterman Property, LLC__

United States Bankruptcy Court for the: __Central__  District of __California__
(State)

Case number (If known): __8:25-bk-10542-TA__

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/25<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 118,088.00 |
   | **For prior year:** | From 01/01/24<br>MM / DD / YYYY | to | 12/31/24<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 654,681.00 |
   | **For the year before that:** | From 01/01/23<br>MM / DD / YYYY | to | 12/31/23<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 447,174.00 * |

   *from tax return

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/25<br>MM / DD / YYYY | to | Filing date | Interest Income | $ 32.73 |
   | **For prior year:** | From 01/01/24<br>MM / DD / YYYY | to | 12/31/24<br>MM / DD / YYYY | Insurance damages reimbursement | $ 70,622.41 |
   | | | | | Interest Income | 1,489.76 |
   | **For the year before that:** | From 01/01/23<br>MM / DD / YYYY | to | 12/31/23<br>MM / DD / YYYY | Interest Income | $ 1,534.00 |

---

| Debtor | Mowbray Waterman Property, LLC | Case number (if known) | 8:25-bk-10542-TA |
|---|---|---|---|
| | Name | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**    **Nov. 15th – Feb. 14th**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Exhibit B | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | Street | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State          ZIP Code | _____ | | ❑ Other _____ |
| 3.2. | | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | Street | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State          ZIP Code | _____ | | ❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Robin Mowbray | _____ | $ 32,000.00 | Payment for Management Services |
| | Insider's name | | | provided. |
| | Street<br>960 Sunset Hill Ln. | | | |
| | Redlands      CA      9237 | _____ | $19,282.00 | Owner's distribution |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor**<br>Owner | | | |
| 4.2. | Gloria Mowbray Separate Prop Trust | _____ | $ 142,077.42 | Owner's distribution |
| | Insider's name<br>960 Sunset Hill Ln. | | | (to pay Trust Mortgages)* |
| | Street<br>Redlands      CA      9237 | _____ | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor**<br>Owner | | | |

*Starting 2025/01 - The Mortgages are being paid
by the Trust, and the family members are paying
rent to the trust.

Debtor    Mowbray Waterman Property, LLC
_____
Name

Case number (if known)    8:25-bk-10542-TA
_____

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | _____ | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | _____ | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | _____ | |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

---
## Part 3:    Legal Actions or Assignments
---

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jordan vs. Mwbry's Tr. Srvc | Wrongful Termination | San Bernardino | ☑ Pending |
| | | | 247 West Third Street, Dept. S32 | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | San Bernardino    CA        92415 | |
| | CIVSB2201281 | | City          State     ZIP Code | |
| 7.2. | **Case title** | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | **Case number** | | Street | |
| | | | City          State     ZIP Code | |

| Debtor | Mowbray Waterman Property, LLC | Case number *(if known)* | 8:25-bk-10542-TA |
|---|---|---|---|
| | Name | | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City          State          ZIP Code | **Case number** | Street |
| | | City          State          ZIP Code |
| | **Date of order or assignment** | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Roof AC 3 Units Vandalized | | 02/07/25 | $ unknown |
| Roof AC 2 Units Vandalized | | 02/04/25 | unknown |

Debtor    Mowbray Waterman Property, LLC _____    Case number *(if known)* __8:25-bk-10542-TA__
          <sub>Name</sub>

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Elkins, Kalt, Weintraub, Reuben | | 02/06/24 | $ 25,000.00 |
| | **Address** | | 01/31/25 | $70,000 |
| | Street<br>10345 W. Olympic Boulevard | | 02/10/25 | $10,000 |
| | Los Angeles         CA        90064<br>City                State       ZIP Code | | | $105,000 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City                State       ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

| Debtor | Mowbray Waterman Property, LLC | Case number *(if known)* | 8:25-bk-10542-TA |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Ronnie Jordan | 1515 Lucas Ln, Redlands, CA 92374-2758 | 1/19/2024 | $ 985,000 |
| | **Address** | | | |
| | Catazarite Law Corp, 2331 West Lincoln Ave. | | | |
| | Street | | | |
| | Anaheim,            CA            92801 | | | |
| | City            State            ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Plaintiff in Litigation against Debtor | | | |
| 13.2. | Who received transfer? | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City            State            ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____    To _____ |
| | City            State            ZIP Code | |
| 14.2. | Street | From _____    To _____ |
| | City            State            ZIP Code | |

| Debtor | Mowbray Waterman Property, LLC | Case number (if known) | 8:25-bk-10542-TA |
|---|---|---|---|
| | Name | | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name _____ | _____ | _____ |
| | Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | Check all that apply: |
| | City    State    ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name _____ | _____ | _____ |
| | Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | Check all that apply: |
| | City    State    ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    **Mowbray Waterman Property, LLC**                    Case number *(if known)*    **8:25-bk-10542-TA**
_____Name_____

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | Mowbray Waterman Property, LLC | Case number *(if known)* | 8:25-bk-10542-TA |
|---|---|---|---|
| | Name | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Mowbray Waterman Property, LLC
_____
        Name

Case number (if known)    8:25-bk-10542-TA
_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____    To _____ |
| 25.2. | Name<br>Street<br>City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____    To _____ |
| 25.3. | Name<br>Street<br>City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____    To _____ |

Debtor     Mowbray Waterman Property, LLC     Case number (if known)    8:25-bk-10542-TA
           Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Alan Pang<br>Name<br>21028 Windrose Drive<br>Street<br>Walnut　　　　CA　　　91789<br>City　　　State　　ZIP Code | From _____ To _5/23/2023 |
| **26a.2.** Ruben Sainos<br>Name<br>686 E Mill St. Second Floor<br>Street<br><br>San Bernardino　　CA　　92408<br>City　　　State　　ZIP Code | From _10/2023_ To _Present_ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Soren McAdam LLP<br>Name<br>2068 Orange Tree Ln #100, Redlands, CA 92374<br>Street<br><br>City　　　State　　ZIP Code | From _____ To _Present_ |
| **26b.2.** <br>Name<br><br>Street<br><br>City　　　State　　ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Ruben Sainos<br>Name<br>686 E Mill St. Second Floor<br>Street<br>San Bernardino　　CA　　92408<br>City　　　State　　ZIP Code | _____<br>_____<br>_____ |

Debtor    Mowbray Waterman Property, LLC                                    Case number (if known)    8:25-bk-10542-TA
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                    State                    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Bank of the Sierra |
| Name |
| Elliott Miller |
| Street |
| PO Box 1930 |
| Portervilla                    CA                    93258 |
| City                    State                    ZIP Code |

| Name and address |
|---|
| 26d.2.  PNC Bank, N.A Commercial Lending Operations |
| Name |
| Street |
| P.O. Box 747046 |
| Pittsburgh                    PA                    15274-7046 |
| City                    State                    ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                    State                    ZIP Code |

| Debtor | Mowbray Waterman Property, LLC | Case number (if known) | 8:25-bk-10542-TA |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.
_____
Name

_____
Street

_____
City                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robin Mowbray | 960 Sunset Hill Ln<br>Redlands, CA 92373 | Managing Director | 51% |
| Gloria Mowbray Separate Prop Trust | 960 Sunset Hill Ln<br>Redlands, CA 92373 | Equity | 49% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Robin Mowbray<br>Name<br>960 Sunset Hill Ln<br>Street<br>Redlands, CA 92373<br>City        State        ZIP Code<br><br>Relationship to debtor<br>51% Owner | 32,000<br><br>19,282 | 2025<br><br>2024 | Management Services Agmt<br><br>Owners Dist |

6

Debtor _Mowbray Waterman Property, LLC_    Case number (if known) _8:25-bk-10542-TA_
Name

| | Name and address of recipient | $142,077.42 | 2024 |
|---|---|---|---|
| 30.2 | Gloria Mowbray Separate Prop Trust | | Owner's Dist. |

**Name**
960 Sunset Hill Ln
**Street**
Redlands, CA 92373
**City**          **State**          **ZIP Code**

**Relationship to debtor**

49% Owner

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/05/2025__
    MM / DD / YYYY

✗ _Robin E. Mowbray_    Printed name _Robin E Mowbray_
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _Manager_

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

PART 2

**Q. 3** Payments made in the 90 Days
before the Petition Date

| Number | Creditor Name | Creditor Address | Dates | Total Value |
|---|---|---|---|---|
| 3.1 | SACRAMENTO COUNTY TAX | P.O. BOX 508SACRAMENTO, CA 95812-0508 | 12/4/2024 | $ 12,732.00 |
| 3.2 | SAN BERNARDINO COUNTY TAX COLLECTOR | 268 W HOSPITALITY LANE 1ST FL SAN BERNARDINO, CA 92415-0360 | 12/4/2024 | $ 14,417.84 |
| 3.3 | WELLS FARGO MORTGAGE* | PO BOX 14411 DES MOINES IA 50306-3411 | 12/13/2024 | $ 3,615.76 |
| | WELLS FARGO MORTGAGE | PO BOX 14411 DES MOINES IA 50306-3411 | 12/13/2024 | $ 7,318.15 |
| | WELLS FARGO MORTGAGE | PO BOX 14411 DES MOINES IA 50306-3411 | 12/13/2024 | $ 1,947.21 |
| | WELLS FARGO MORTGAGE | PO BOX 14411 DES MOINES IA 50306-3411 | 12/13/2024 | $ 3,676.29 |
| 3.4 | FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0531 | 1/16/2025 | $ 9,259.93 |
| | FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0531 | 12/20/2024 | $ 1,090.34 |
| | FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0531 | 12/20/2024 | $ 2,500.00 |
| | FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0531 | 12/20/2024 | $ 800.00 |
| | FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0531 | 12/20/2024 | $ 7,946.00 |
| 3.5 | ROBIN MOWBRAY | 960 SUNSET HILL LN REDLANDS CA 92373 | 2/10/2025 | $ 16,000.00 |
| | ROBIN MOWBRAY | 960 SUNSET HILL LN REDLANDS CA 92373 | 12/30/2024 | $ 16,000.00 |
| 3.6 | BANK OF THE SIERRRA | PO BOX 1930 PORTERVILLE CA 93258 | 2/7/2025 | $ 15,153.63 |
| | BANK OF THE SIERRA | PO BOX 1930 PORTERVILLE CA 93258 | 1/15/2025 | $ 15,153.63 |
| | BANK OF THE SIERRA | PO BOX 1930 PORTERVILLE CA 93258 | 12/16/2024 | $ 15,153.63 |
| | BANK OF THE SIERRA | PO BOX 1930 PORTERVILLE CA 93258 | 11/15/2024 | $ 15,153.63 |
| 3.7 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | 10345 W OLYMPIC BLVD LOS ANGELES CA 90064 | 1/31/2025 | $ 70,000.00 |

* Owner Distributions for Gloria Separate Property Trust paid directly to Wells Fargo Mortage