| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ROYE ZUR, State Bar No. 273875<br>rzur@elkinskalt.com<br>LAUREN N. GANS, State Bar No. 247542<br>lgans@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:25-bk-10542-TA<br>CHAPTER: 11<br><br>**STATEMENT REGARDING<br>CASH COLLATERAL OR<br>DEBTOR IN POSSESSION FINANCING<br>[FRBP 4001; LBR 4001-2]**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

Secured party(ies): Bank of the Sierra, a California corporation

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| **Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B)** | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☒ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | 4 | 21 |
| ☐ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" | | |
| ☐    Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law | | |
| ☐    Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | Page No. | Line No. |
|---|---|---|---|
| | *Continued from page 1* ☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☒ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | 3 | 7 |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay" ☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☒ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | 4 | 26 |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)" ☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| **Additional Disclosures Required by LBR 4001-2** | | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

<u>03/17/2025</u>    <u>Roye Zur</u>                                    <u>/s/ Roye Zur</u>
*Date*          *Printed Name*                              *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                                F 4001-2.STMT.FINANCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10345 W. Olympic Blvd., Los Angeles, California 90064

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lauren N Gans**     lgans@elkinskalt.com, TParizad@elkinskalt.com
- **Queenie K Ng**     queenie.k.ng@usdoj.gov
- **Ahren A Tiller**     ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 18, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 18, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, Chief Judge
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2025 | Lauren B. Wageman | /s/ Lauren B. Wageman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
5598668

**2. SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Mowbray Waterman Property, LLC<br>686 E. Mill St.<br>San Bernardino, CA 92408-1610 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Acrisure SouthWest Region<br>27174 Newport Rd Suite 3<br>Menifee, CA 92584-7384 |
| Banderas Plumbing<br>26294 23rd St<br>Highland, CA 92346-2016 | Bank of the Sierra<br>26328 Citrus St<br>Valencia, CA 91355-5323 | Bank of the Sierra<br>Elliott Miller<br>PO Box 1930<br>Portervilla, CA 93258-1930 |
| Bank of the Sierra<br>PO Box 1930<br>Porterville, CA 93258-1930 | Bank of the Sierra<br>c/o Giannetta & Enrico, LLP<br>Attn: Jessica L. Giannetta<br>7522 N. Colonial Ave., Suite 100<br>Fresno, CA 93711-5874 | California Fair Plan Property Ins<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |
| County of San Bernardino<br>Real Estate Services Department<br>385 N Arrowhead Avenue Third Floor<br>San Bernardino, CA 92415-0180 | Daart Engineering<br>4100 Garner Rd<br>Riverside, CA 92501-1004 | Franchise Tax Board Bankruptcy<br>MS A340 PO Box 2952<br>Sacramento, CA 95812-2952 |
| Fullerton Lemann Schaefer Dominick<br>PO Box 1271<br>San Bernardino, CA 92402-1271 | Gloria Mowbray Sep Prp Trust co<br>Robin Mowbray<br>960 Sunset Hill Lane Redlands, CA 92373-6963 | Hanover Insurance Group<br>2 Macarthur Pl 200<br>Santa Ana, CA 92707-7703 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | On Call Terminte Pest Control<br>PO Box 7667<br>Redlands, CA 92375-0667 | PNC Bank<br>901 Via Piemonte<br>Ontario, CA 91764-6596 |
| PNC Bank<br>Commercial Lending Operations<br>PO Box 747046<br>Pittsburg, PA 15274-7046 | PNC Bank<br>PNC Bank Commercial Asset Team<br>201 E Pine Street Suite 100<br>Orlando, FL 32801-2714 | Pennington LLP<br>One Sansome Street Suite 3500<br>San Francisco, CA 94104-4436 |
| Peters Jepson Partnership Inc<br>24465 Via Arriba Linda<br>Yorba Linda, CA 92887-4908 | Phoenix Traffic Management Inc<br>686 E Mill Street Second Floor<br>San Bernardino, CA 92408-1610 | Pino Tree Service Inc<br>686 E Mill Street Second Floor<br>San Bernardino, CA 92408-1610 |
| Robin Mowbray<br>960 Sunset Hill Ln<br>Redlands, CA 92373-6963 | Ronnie D Jordan<br>co Cantazarite Law Corp<br>2331 West Lincoln Avenue<br>Anaheim, CA 92801-5132 | SB Business Registration<br>PO Box 1318<br>San Bernardino, CA 92402-1318 |
| Sacramento County Tax<br>PO Box 508 S<br>Scramento, CA 95812-0508 | San Bernardino Cnty Tax Collector<br>268 W Hospitality Ln 1St Flr<br>San Bernardino, CA 92415-0900 | Soren McAdam<br>2068 Orange Tree Ln Suite 100<br>Redlands, CA 92374-4555 |
| The Original Mowbrays Tree Service<br>686 E Mill St Second Floor<br>San Bernardino, CA 92408-1610 | The Original Mowbrays Tree Service<br>CRO Force Ten Partners LLC<br>271 California Ave Suite 270<br>Irvine, CA 92617 | Torres Glass Window<br>738 S Waterman Av B28<br>San Bernardino, CA 92408-2364 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**
5598668

| Van Beurden Insurance Service Inc<br>PO Box 67<br>Kingsburg, CA 93631-0067 | Wells Fargo Mortgage<br>PO Box 14411<br>Des Moines, IA 50306-3411 | Ana Lidia Gomez<br>c/o BLC Law Center, APC<br>1230 Columbia St. Suite 1100 San Diego, CA 92101-8517 |
|---|---|---|
| Jaime Rodriguez<br>c/o BLC Law Center<br>1230 Columbia St. Suite 1100<br>San Diego, CA 92101-8517 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
5598668

**F 9013-3.1.PROOF.SERVICE**