ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  *rzur@elkinskalt.com*
LAUREN N. GANS, State Bar No. 247542
  *lgans@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Mowbray Waterman Property, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MOWBRAY WATERMAN PROPERTY, LLC,<br><br>            Debtor and Debtor-in-Possession. | Case No. 8:25-bk-10542-TA<br><br>Chapter 11<br><br>**CHAPTER 11  STATUS REPORT**<br><br>**Status Conference**:<br>**Date:** April 22, 2025<br>**Time:** 11:00 a.m.<br>**Ctrm:** 5B 411<br>         West Fourth Street,<br>          Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

Mowbray Waterman Property, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Debtor"), hereby submits this chapter 11 status report.

**I.    BACKGROUND**

**A.    The Debtor's Business and Principal Assets and Liabilities**

The Debtor owns five real properties in California (two of which are income-generating) collectively valued at approximately $10,000,000 and generating approximately $60,000 in monthly

revenue. The Debtor has two secured creditors, Bank of the Sierra ("BOTS"), in connection with a loan for $2,990,000 on one of its properties, and PNC Bank, as explained below. Robin Mowbray, a debtor in bankruptcy case no. 8:25-bk-10543-TA is the Debtor's managing member and 51% owner, with the remaining 49% owned by the Gloria Mowbray Separate Property Trust, a special needs trust of which Robin Mowbray is the Trustee, and her father, John Mowbray is the beneficiary. The Debtor has no employees but contracts with Robin Mowbray to provide various management services.

### B. Events Leading to this Case

The Debtor is a defendant in litigation brought by Ronnie Jordan. Ronnie Jordan was the prior chief executive officer of The Original Mowbray's Tree Service, Inc. ("MTS") (of which Ms. Mowbray is the 100% owner) and in addition to seeking damages against MTS, is also seeking damages against the Debtor, claiming to have also been employed by the Debtor. MTS is a debtor in case no. 8:24-bk-12674-TA.

In addition, in connection with an agreement by PNC Bank to forbear on secured debt of MTS, on July 18, 2024, the Debtor, which had already guaranteed MTS's obligations to PNC Bank, granted PNC Bank a security interest in two of its real properties (which are not income-producing).

The Debtor was compelled to file the above captioned Chapter 11 Case (the "Case") to protect its business and the value of its estate for all stakeholders, while restructuring the Debtor's legitimate obligations in an orderly and fair and equitable manner.

## II. COMPLIANCE WITH STATUTORY REQUIREMENTS

The Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106 and 1107.

The Debtor timely filed its schedules and statement of financial affairs on March 5, 2025. [Dkt No. 14]. The Debtor's 341(a) meeting of creditors began on March 27, 2025, and was continued to May 22, 2025. [Dkt No. 34].

The Debtor provided the initial 7-day package documents required by the Office of the United States Trustee ("OUST") on March 10, 2025, and continues to work closely with the OUST to provide copies of the remaining requested documents. On March 31, 2025, the Debtor and the OUST entered into a stipulation to allow the Debtor to keep open its pre-petition bank account for 60 days from the opening of its debtor-in-possession bank account to allow the County of San Bernardino, a tenant at

one of the Debtor's rental properties, to update its payment information (the "Bank Account Stipulation"). [Dkt No. 36]. That same day, the Court entered the order approving the Bank Account Stipulation [Dkt No. 38]. The Debtor timely filed its first monthly operating report. [Dkt No. 26]. The Debtor's quarterly OUST fees are not yet due.

## III.  13-WEEK CASH FLOW AND CASH COLLATERAL

BOTS has a security interest in the Debtor's real property located at 686 E. Mill Street, San Bernardino, CA 92415 and a right to the rent proceeds generated thereby. However, the Debtor requires the use of such cash collateral, as that term is defined in section 363 of the Bankruptcy Code ("Cash Collateral"), to pay reasonable and necessary expenses of operating the Debtor's business and administering its Case.  Accordingly, on March 17, 2025, the Debtor and BOTS entered into a cash collateral stipulation (the "Cash Collateral Stipulation"), which, among other things, authorized the Debtor to use Cash Collateral consistent with the budget attached to the Cash Stipulation (the "13-Week Cash Flow"). [Dkt No.24]. An order approving the Cash Collateral Stipulation was entered by the Court on March 25, 2025. [Dkt No. 27].

Through March 28, 2025, the Debtor's operating cash flow and cash on hand were moderately better than the amounts projected in its 13-Week Cash Flow, a copy of which is attached hereto as Exhibit 1. The Debtor's cash on hand was approximately $77,111 versus the forecasted amount of $73,579. However, any fluctuations are solely a result of a timing issue, and the Debtor does not anticipates any significant changes to its operating cash flow and cash on hand.

## IV.  RETAINED PROFESSIONALS

On March 13, 2025, the Debtor filed its application to employ Elkins Kalt Weintraub Reuben Gartside LLP as General Bankruptcy Counsel (the "Elkins App."). [Dkt No. 22]. On April 8, 2025, the Court entered an order approving the Elkins App. [Dkt No. 41].

On March 26, 2025, the Debtor filed its application to employ Lee & Associates Walnut Creek Commercial Real Estate Services, Inc. and Lee & Associates Commercial Real Estate Services, Inc. - Riverside as real estate brokers to market, and sell, subject to Court approval, the properties located at 386 Allen St., San Bernardino, CA ("Allen St.") and 9546 Elder Creek Rd., Sacramento, California, 95829-9306 ("Elder Creek"). [Dkt No. 33].

The Debtor anticipates filing a motion to employ professionals utilized in the ordinary course of business and another application to employ a broker to market, and sell, subject to Court approval, its property located at 17332 Millwood Dr., Visalia, CA 93292, before the status conference.

## V. UNEXPIRED LEASES AND CONTRACTS

The Debtor does not have unexpired leases where it is a tenant. The Debtor intends to assume or reject any executory contracts in connection with the confirmation of its plan of reorganization.

## VI. PROPOSED DEADLINES

### A. Disclosure Statement and Plan

The Debtor has been focused on the initial stages of this Case and completing the various reporting requirements. The Debtor's plan will likely entail the Debtor liquidating certain real property assets and to that end, the Debtor has sought approval of the employment of one real estate brokerage firm and will be seeking the approval of another shortly.

The Debtor intends to work closely with its affiliate, MTS, in negotiating with PNC Bank regarding its plan treatment. The plan will also provide for the pro-rata payment on allowed unsecured claims in the order and priority prescribed by the Bankruptcy Code. The negotiations with PNC Bank are likely to inform the timing of proposing and confirming a plan of reorganization. The Debtor also hopes that it will be able to reach a consensual resolution with Ronnie Jordan. However, if that does not occur, the Debtor has a strong basis on which to object to Ronnie Jordan's claim and will likely pursue litigation as necessary.

Currently, the Debtor's exclusive period to file a disclosure statement and plan of reorganization ends on June 19, 2025, and the Debtor hopes to file the disclosure statement and plan by that date. However, the Debtor reserves the right to seek an extension of its exclusivity periods. The Debtor requests that the Court not set a deadline to file a plan and disclosure statement.

### B. Proposed Claims Bar Date

The Debtor requests that the Court establish a deadline to file claims pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3) and the Debtor proposes a deadline of 60 days from notice to be

///

///

5583666.1                                                                 4

provided by the Debtor after the status conference. The Debtor requests that the Court not yet set a deadline for objections to claims at this time.

DATED: April 8, 2025

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: *Lauren Gans*

ROYE ZUR
LAUREN GANS
Attorneys for Debtor and Debtor-in-Possession
Mowbray Waterman Property, LLC

**EXHIBIT "1"**

**Mowbray Waterman Prop LLC**
13-Week Cash Projection

| | ACTUAL | ACTUAL | ACTUAL | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | | | | | | | | | | | | | |
| | 2/19/2025 | 2/28/2025 | 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 | 4/4/2025 | 4/11/2025 | 4/18/2025 | 4/25/2025 | 5/2/2025 | 5/9/2025 | 5/16/2025 | 5/23/2025 | 5/30/2025 | 6/6/2025 |
| | 0 | 0 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Cash on Hand - BOW | $ 44,422 | $ 44,422 | $ 44,247 | $ 44,247 | $ 38,455 | $ 73,579 | $ 73,579 | $ 64,200 | $ 33,826 | $ 53,797 | $ 53,797 | $ 44,702 | $ 44,702 | $ 29,549 | $ 64,673 | $ 64,673 |
| **Sources of Cash** | | | | | | | | | | | | | | | | |
| Sales | | | | | | | | | | | | | | | | |
| San Brnd County | | | | | | | | | 35,124 | | | | | | | |
| PHX 171 S Waterman | | | | 2,080 | | | 2,080 | | | | 2,080 | | | | | 2,080 |
| PHX 686 E Mill | | | | 1,560 | | | 1,560 | | | | 1,560 | | | | | 1,560 |
| PINO 171 S Waterman | | | | 3,640 | | | 3,640 | | | | 3,640 | | | | | 3,640 |
| PINO 686 E Mill | | | | 2,080 | | | 2,080 | | | | 2,080 | | | | | 2,080 |
| Other Income (Bank Interest) | | 51.66 | | | | | 61.32 | | | | 44.83 | | | | | 53.89 |
| **Total Sources of Cash** | - | 52 | - | 9,360 | 35,124 | - | 9,421 | - | 35,124 | - | 9,405 | - | - | 35,124 | - | 9,414 |
| **Uses of Cash** | | | | | | | | | | | | | | | | |
| **Prop & Mortgage Costs** | | | | | | | | | | | | | | | | |
| Mortage or Rent | | | | 15,153 | | | | | 15,153 | | | | 15,153 | | | |
| Property taxes Mill ST | | | | | | | | 30,374 | | | | | | | | |
| Insurance (Building) OB3-J077798-02 (07/24 -07/25) | | | | | | | | | | | | | | | | |
| Utilities (Gas, Electric, Water, Trash etc) | | | | | | | | | | | | | | | | |
| Other (Repairs and Maint) | | | | | | | | | | | | | | | | |
| **Total Prop & Mortgage Costs** | - | - | - | 15,153 | - | - | - | 30,374 | 15,153 | - | - | - | 15,153 | - | - | - |
| **Admin Services** | | | | | | | | | | | | | | | | |
| Management Fee Robin | | | | | | | 8,000 | | | | 8,000 | | | | | 8,000 |
| Franchise Tax Board | | | | | | | 3,300 | | | | | | | | | |
| Other and Bank Fees | | 226 | | | | | | | | | | | | | | |
| **Total Admin Services** | - | 226 | - | - | - | - | 11,300 | - | - | - | 8,000 | - | - | - | - | 8,000 |
| **Professional Services** | | | | | | | | | | | | | | | | |
| Legal Ordinary (Fullerton) | | | | | | | 500 | | | | 500 | | | | | |
| Legal CKB Vienna | | | | | | | 2,000 | | | | 2,000 | | | | | 2,000 |
| Legal BK | | | | | | | 5,000 | | | | 5,000 | | | | | 5,000 |
| Accounting (Soren McAdam Tax CPAs) | | | | | | | | | | | 3,000 | | | | | |
| **Total Professional Services** | - | - | - | - | - | - | 7,500 | - | - | - | 10,500 | - | - | - | - | 7,000 |
| **Total Uses of Cash** | - | 226 | - | 15,153 | - | - | 18,800 | 30,374 | 15,153 | - | 18,500 | - | 15,153 | - | - | 15,000 |
| Net Cash Inflow (Outflow) | - | (174) | - | (5,793) | 35,124 | - | (9,379) | (30,374) | 19,971 | - | (9,095) | - | (15,153) | 35,124 | - | (5,586) |
| **Cash on Hand - EOW** | $ 44,422 | $ 44,247 | $ 44,247 | $ 38,455 | $ 73,579 | $ 73,579 | $ 64,200 | $ 33,826 | $ 53,797 | $ 53,797 | $ 44,702 | $ 44,702 | $ 29,549 | $ 64,673 | $ 64,673 | $ 59,087 |

**Information Reporting Balances**

Current Day | Previous Day

As of Date: Friday, March 7, 2025
Select an account to review details.

| Account | Closing Available | Opening Available |
|---|---|---|
| 3802762035 MOWBRAY WATERMAN PROPERTY LLC | 44,247.49 | 44,247.49 |

3/13/2025    1 of 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10345 W. Olympic Blvd., Los Angeles, California 90064

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 8, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 8, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 8, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, Chief Judge
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 8, 2025 | Lauren Gans | /s/ Lauren Gans |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                 **F 9013-3.1.PROOF.SERVICE**
5598668

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kenneth J Catanzarite**   kcatanzarite@catanzarite.com
- **Lauren N Gans**   lgans@elkinskalt.com, TParizad@elkinskalt.com
- **Jessica L Giannetta**   jessica@giannettaenrico.com, melanie@giannettaenrico.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Ahren A Tiller**   ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com;kreyes@blc-sd.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

| United States Trustee<br>411 W. Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Bank of the Sierra<br>Elliott Miller<br>P.O. Box 1930<br>Porterville, CA 93258 | Bank of the Sierra<br>c/a Giannetta & Enrico<br>7522 N. Colonial Ave., Suite 100<br>Fresno, CA 93711 |
|---|---|---|
| Ronnie Jordan<br>c/o Kenneth J. Catanzarite<br>2331 West Lincoln Avenue<br>Anaheim, CA 92801 | PNC Bank<br>201 E. Pine St., Suite 100<br>Orlando, FL 32801 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

5598668

**F 9013-3.1.PROOF.SERVICE**